249 F.3d 1101 (9th Cir. 2001)
 CABAZON BAND OF MISSION INDIANS; PAUL D. HARE, PLAINTIFFS-APPELLANTS,
v.
LARRY D. SMITH, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF OF RIVERSIDE COUNTY; RONALD F. DYE, INDIVIDUALLY AND IN HIS CAPACITY AS CAPTAIN, INDIO STATION, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; COUNTY OF RIVERSIDE, DEFENDANTS-APPELLEES.
 No. 99-55229
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted May 4, 2000
Submission Deferred May 18, 2000
Resubmitted May 10, 2001
Filed May 17, 2001
 
 1
 NOTE: THIS OPINION HAS BEEN WITHDRAWN SEE ORDER OF NOVEMBER 26, 2001.